1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11   THOMAS L. GOFF,

12              Petitioner,

13         vs.                          No. 2:11-cv-3251 WBS AC P

14   M. SALINAS, Warden

15              Respondent.            ORDER

16   _____/

17          On September 11, 2012, the Magistrate Judge issued an order denying petitioner's

18   motion appointment of counsel.  On January 30, 2013, petitioner filed a request for

19   reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges shall be

20   final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date

21   of service of the ruling on the parties. . ."  E.D. Local Rule 303(b).  Petitioner's request for

22   reconsideration of the magistrate judge's order of September 11, 2012 is therefore untimely.

23          Accordingly, IT IS HEREBY ORDERED that petitioner's request for

24   reconsideration (Docket No. 28) is denied.

25          Because there is no appeal pending, and because the procedures of California

26   Penal Code are inapplicable to these proceedings, IT IS FURTHER ORDERED that petitioner's

     Motion for Appointment of Appellate Counsel Pursuant to Penal Code Section § 1240 (Docket

No. 29) is also denied.

DATED:  February 13, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE